# EXHIBIT “A”



# *Certificate of Grant of Letters of Administration*

**ESTATE NO:** **2322-0371**

**ESTATE OF:** **NYLAH D. ANDERSON, Deceased**

**SOC SEC NO:** **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**

**WHEREAS**, **NYLAH D. ANDERSON, AKA NYLAH ANDERSON,** late of **Chester City,** Delaware County, PA, who died on **December 12, 2021**, and;

**WHEREAS**, the Grant of Letters of Administration is required for the administration of the estate.

**THEREFORE**, I, Rachel Ezzell Berry, Register of Wills in and for said county, hereby certify that I have this day granted LETTERS OF ADMINISTRATION to **TAWAINNA LASHA ANDERSON (AS PER ORDER DATED: 04/07/22 SIGNED BY RACHEL EZZELL BERRY, ESQUIRE, REGISTER OF WILLS )**
who has duly qualified as **Administratrix** and has agreed to administer the estate according to law, all of which fully appears of record in my office in the Delaware County Government Center, Media, Pennsylvania.

**IN TESTIMONY WHEREOF**, I have here unto set my hand and affixed the seal of my office on **April 7th, 2022**.




Rachel Ezzell Berry
Register of Wills & Clerk of Orphans' Court

Commonwealth of Pennsylvania
Delaware County } ss:

I, RACHEL EZZELL BERRY, ESQUIRE, Register for the Probate of Wills and Granting Letters Testamentary and of Administration in and for County of Delaware, in the Commonwealth of Pennsylvania, do hereby Certify that on **April 07, 2022**

**TAWAINNA LASHA ANDERSON (AS PER ORDER DATED: 04/07/22 SIGNED BY RACHEL EZZELL BERRY, ESQUIRE, REGISTER OF WILLS )**

was duly and legally appointed as **Administratrix** of the estate of

**NYLAH D. ANDERSON**
**also known as:**
**NYLAH ANDERSON**

who died **December 12, 2021** late of **Chester City**, Delaware County, Pennsylvania, and has been duly qualified as such according to law as can be verified by reference to the records in my office, and that the letters have not been revoked.

WITNESS my hand and seal of office, at Media in the County aforesaid, on April 07, 2022.
**File No. 2322-0371**

Commonwealth of Pennsylvania
Delaware County } ss:

I, RACHEL EZZELL BERRY, ESQUIRE, Register for the Probate of Wills and Granting Letters Testamentary and of Administration in and for County of Delaware, in the Commonwealth of Pennsylvania, do hereby Certify that on **April 07, 2022**

**TAWAINNA LASHA ANDERSON (AS PER ORDER DATED: 04/07/22 SIGNED BY RACHEL EZZELL BERRY, ESQUIRE, REGISTER OF WILLS )**

was duly and legally appointed as **Administratrix** of the estate of

**NYLAH D. ANDERSON**
**also known as:**
**NYLAH ANDERSON**

who died **December 12, 2021** late of **Chester City**, Delaware County, Pennsylvania, and has been duly qualified as such according to law as can be verified by reference to the records in my office, and that the letters have not been revoked.

WITNESS my hand and seal of office, at Media in the County aforesaid, on April 07, 2022.

**File No. 2322-0371**

Register of Wills