UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**TIKTOK, INC. AND BYTEDANCE, INC.**<br><br>　　　　　　　　Defendants | Case No. 2:22-cv-01849-PD |

**ENTRY OF APPEARANCE**

TO THE CLERK:

　　Kindly enter my appearance as co-counsel on behalf of Plaintiff, Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor, in the above-captioned matter.

　　　　　　　　　　　　　　　　**SALTZ MONGELUZZI & BENDESKY P.C.**

　　　　　　　　　　　　　　　　BY:　*/s/ Samuel B. Dordick*　　　　
　　　　　　　　　　　　　　　　　　　Samuel B. Dordick; ID No. 322647

DATE: May 12, 2022