UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor**<br><br>Plaintiff,<br><br>v.<br><br>**TIKTOK, INC. AND BYTEDANCE, INC.**<br><br>Defendants | Case No. 2:22-cv-01849-PD |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as co-counsel on behalf of Plaintiff, Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor, in the above-captioned matter.

**SALTZ MONGELUZZI & BENDESKY P.C.**

BY: */s/ Jeffrey P. Goodman*
    Jeffrey P. Goodman; ID No. 309433

DATE: May 12, 2022