IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK, INC. and BYTEDANCE, INC.,<br><br>Defendants. | CIVIL ACTION LAW<br><br>NO: 2:22-cv-01849-PD |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of Joseph E. O'Neil, Esquire as counsel on behalf of Defendants, TikTok Inc., incorrectly named as TikTok, Inc., and Bytedance Inc., incorrectly named as ByteDance, Inc., in the above-captioned matter.

Respectfully submitted,

**CAMPBELL CONROY & O'NEIL, P.C.**

By: __/s/ Joseph E. O'Neil__
       Joseph E. O'Neil, Esquire (ID No.29053)
       1205 Westlakes Drive, Suite 330
       Berwyn, PA 19312
       Tel. (610)-964-1900
       Fax (610)-964-1981

Dated: July 15, 2022

*Attorneys for Defendant,*
*TikTok Inc. and Bytedance Inc.*

## **CERTIFICATE OF SERVICE**

I, Joseph E. O'Neil, Esquire, hereby certify that on July 15, 2022, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the Court's electronic filing system (ECF), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

**Plaintiff's Counsel**
Robert J. Mongeluzzi, Esquire
Jeffrey P. Goodman, Esquire
Samuel B. Dordick, Esquire
Rayna McCarthy, Esquire
Saltz Mongeluzzi & Bendesky, P.C.
One Liberty Place
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
E-mail: rmongeluzzi@smbb.com
jgoodman@smbb.com
sdordick@smbb.com
rmccarthy@smbb.com

Mark A. DiCello, Esquire
DiCello Levitt Gutzler LLC
7556 Mentor Avenue
Western Reserve
Law Building
Mentor, OH 44060
E-mail: madicello@dicellolevitt.com

CAMPBELL CONROY & O'NEIL, P.C.

By: __/s/ Joseph E. O'Neil____
Joseph E. O'Neil, Esquire