APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TAWAINNA ANDERSON

V.

TIKTOK INC. AND BYTEDANCE INC.

Civil Action No: 2:22-cv-01849

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, __ByteDance Inc.__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Bytedance Inc. is a wholly owned subsidiary of Bytedance Ltd., a privately held corporation. No public entity owns 10 percent or more of the stock of Bytedance Inc. or Bytedance Ltd.

07/18/2022
Date

/s/ Joseph E. O'Neil
Signature

Counsel for: ByteDance Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TAWAINNA ANDERSON

V.

TIKTOK INC. AND BYTEDANCE INC.

Civil Action No: 2:22-cv-01849

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, __ByteDance Inc.__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Bytedance Inc. is a wholly owned subsidiary of Bytedance Ltd., a privately held corporation. No public entity owns 10 percent or more of the stock of Bytedance Inc. or Bytedance Ltd.

07/18/2022
Date

/s/ Joseph E. O'Neil
Signature

Counsel for: ByteDance Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.