APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TAWAINNA ANDERSON                        :
                                         :
                                         :
            V.                           :          Civil Action
                                         :          No: 2:22-cv-01849-PD
TIKTOK INC. AND BYTEDANCE                :
INC.                                     :

DISCLOSURE STATEMENT FORM

Please check one box:

☐      The nongovernmental corporate party, _____
, in the above listed civil action does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

☑      The nongovernmental corporate party, ___TikTok Inc._____
, in the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

TikTok Inc. is a wholly owned subsidiary of TikTok LLC, which is a wholly
owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly owned subsidiary
of Bytedance Ltd. Bytedance Ltd. is a privately held corporation. No public
entity owns 10% or more of the stock of TikTok Inc. or Bytedance Ltd.

07/18/2022 _____             /s/ Joseph E. O'Neil
       Date                                         Signature

Counsel for:   TikTok Inc._____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)     WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file
            two copies of a disclosure statement that:
           (1)     identifies any parent corporation and any publicly held corporation
                 owning10% or more of its stock;  or

           (2)     states that there is no such corporation.

   (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
           (1)     file the disclosure statement with its first appearance, pleading,
                 petition, motion, response, or other request addressed to the court;
                 and
           (2)     promptly file a supplemental statement if any required information
                 changes.

**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TAWAINNA ANDERSON

           V.

TIKTOK INC. AND BYTEDANCE
INC.

:
:
:
:
:
:

Civil Action
No: 2:22-cv-01849-PD

DISCLOSURE STATEMENT FORM

Please check one box:

☐     The nongovernmental corporate party, _____
, in the above listed civil action does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

☑     The nongovernmental corporate party, ___TikTok Inc._____
, in the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

TikTok Inc. is a wholly owned subsidiary of TikTok LLC, which is a wholly
owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly owned subsidiary
of Bytedance Ltd. Bytedance Ltd. is a privately held corporation. No public
entity owns 10% or more of the stock of TikTok Inc. or Bytedance Ltd.

07/18/2022 _____     */s/ Joseph E. O'Neil*_____
Date                                       Signature

Counsel for:  TikTok Inc._____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
two copies of a disclosure statement that:

    (1)    identifies any parent corporation and any publicly held corporation
owning10% or more of its stock;  or

    (2)    states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:

    (1)    file the disclosure statement with its first appearance, pleading,
petition, motion, response, or other request addressed to the court;
and

    (2)    promptly file a supplemental statement if any required information
changes.