## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor,<br><br>    *Plaintiff*,<br><br> vs.<br><br>TIKTOK INC. AND BYTEDANCE, INC.,<br><br>    *Defendants.* | Case No.: 2:22-cv-01849-PD |

## <u>MOTION TO DISMISS</u>

Defendants TikTok Inc. ("TTI") and ByteDance Inc. ("BDI") move to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

*First*, this Court lacks personal jurisdiction over Defendants.   Neither Defendant is "at home" in Pennsylvania, nor have they taken any actions directed at Pennsylvania to "purposely avail" themselves of Pennsylvania law in connection with Plaintiff's Complaint.  *See Toys "R" Us, Inc. v. Step Two, S.A.*, 318 F.3d 446, 454 (3d Cir. 2003); *Ziencik v. Snap, Inc.*, Civil Action No. 21-49, 2021 WL 4076997, at *4 (W.D. Pa. Sept. 8, 2021).

*Second*, Section 230 of the federal Communications Decency Act (CDA) bars Plaintiff's state-law claims.  47 U.S.C. § 230(e)(c); *e.g.*, *Obado v. Magedson*, 612 Fed. Appx. 90, 93 (3d Cir. 2015).

*Third*, separate from Section 230 immunity, Plaintiff cannot state a claim for any of the individual causes of action in the Complaint because:

- TikTok is not a "product" or a "seller" subject to strict product liability (Count I);

- Defendants have no legal duty of care to protect against third-party depictions of dangerous activity that would give rise to a negligence claim (Count II);

- Defendants did not engage in any "unfair or deceptive" conduct—and Plaintiff does not otherwise state a claim—under the Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL") (Count III) or the California Consumer Legal Remedies Act ("CLRA") (Count IV); and

- Plaintiff's derivative wrongful death (Count V) and survival (Count VI) claims—which both require the existence of an underlying tort—also fail.

Because these legal defects cannot be cured by amendment, Plaintiff's Complaint should be dismissed with prejudice.

Defendants further rely upon the attached Brief in Support and Declaration, which are incorporated by reference.

Dated: July 18, 2022                                    Respectfully submitted,


                                                       */s/ Joseph E. O'Neil*
                                                       Joseph E. O'Neil
                                                       Katherine A. Wang
                                                       **CAMPBELL CONROY & O'NEIL, P.C.**
                                                       1205 Westlakes Drive, Suite 330
                                                       Berwyn, PA 19083
                                                       Telephone: (610) 964-1900
                                                       Facsimile: (610) 964-1981
                                                       JONeil@CampbellTrialLawyers.com
                                                       kwang@campbell-trial-lawyers.com

                                                       Albert Giang (*Pro Hac Vice pending*)
                                                       **KING & SPALDING LLP**
                                                       633 West Fifth Street, Suite 1600
                                                       Los Angeles, CA 90071
                                                       Telephone:  (213) 443-4355
                                                       Facsimile:   (213) 443-4310
                                                       agiang@kslaw.com

                                                       Geoffrey M. Drake (*Pro Hac Vice pending*)
                                                       TaCara D. Harris (*Pro Hac Vice pending*)
                                                       **KING & SPALDING LLP**
                                                       1180 Peachtree Street, NE, Suite 1600
                                                       Atlanta, GA 30309
                                                       Telephone:  (404) 572-4600
                                                       Facsimile:   (404) 572-5100
                                                       gdrake@kslaw.com
                                                       tharris@kslaw.com

                                                       *Counsel for TikTok Inc. and ByteDance Inc.*