<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 18th day of July, 2022, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Joseph E. O'Neil*
Joseph E. O'Neil, Esquire