IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAWAINNA ANDERSON, | : | Civil Action |
| v. | : | |
| TIKTOK, INC., et al. | : | No.: 2:22-cv-01849 |

## ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Geoffrey M. Drake_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:22-cv-01849__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Geoffrey M. Drake__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Georgia | 11/18/2005 | 229229 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Northern District - Georgia | 12/12/2005 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern District - Wisconsin | 07/23/2007 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Court of Appeals 10th Circuit | 07/20/2008 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

_____
(Applicant's Signature)

__7/18/22__
(Date)

Name of Applicant's Firm   King & Spalding LLP
Address   1180 Peachtree Street, Atlanta, Ga  30309
Telephone Number   404-572-4726
Email Address   gdrake@kslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/18/22__                                             _____
(Date)                                                                                      (Applicant's Signature)

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Geoffrey M. Drake_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Joseph E. O'Neil | _[signature]_ 11/8/79 | 29053 |
|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature)    (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Campbell Conroy & O'Neil

1205 Westlakes Drive, Suite 330, Berwyn, PA 19312

(610) 964-6388


I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/18/22__        _[signature]_
         (Date)                  (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAWAINNA ANDERSON, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| TIKTOK, INC., et al. | : | No.: 2:22-cv-01849 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Geoffrey M. Drake__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Robert J. Mongeluzzi, Jeffrey P. Goodman, Samuel B. Dordick, and Rayna McCarthy
SALTZ MONGELUZZI & BENDESKY P.C.
One Liberty Place, 1650 Market Street, 52nd Floor
Philadelphia, Pennsylvania 19103
rmongeluzzi@smbb.com
jgoodman@smbb.com

_____
(Signature of Attorney)
Joseph E. O'Neil
(Name of Attorney)
TikTok Inc. and ByteDance Inc.
(Name of Moving Party)
07/18/2022
(Date)