Exhibit A

| Court | Admission Date |
|---|---|
| Georgia Court of Appeals | 01/19/2022 |
| Georgia Supreme Court | 03/07/2007 |
| Georgia State and Superior Court | 11/18/2005 |