IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAWAINNA ANDERSON, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| TIKTOK, INC., et al. | : | No.: 2:22-cv-01849 |

ORDER

AND NOW, this _____ day of _____ 20____ , it is hereby

ORDERED that the application of ___Albert Giang_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

_____

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/
nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No# 2:22-cv-01849

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I: APPLICANT'S STATEMENT

I, Albert Giang the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| California | January 21, 2003 | 224332 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| Central District - California | January 21, 2003 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Northern District - California | December 22, 2015 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Court of Appeals Ninth Circuit | June 20, 2005 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____

*Albert Giang*

(Applicant's Signature)

07/18/2022

(Date)

Name of Applicant's Firm   King & Spalding LLP

Address   633 West Fifth Street, Suite 1600, Los Angeles, CA 90071

Telephone Number   (213) 443-4355

Email Address   agiang@kslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/18/2022

(Date)

*Albert Giang*

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of_____Albert Giang_____to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Joseph E. O'Neil
_____
(Sponsor's Name)

_Joseph E O'Neil HH_
_____
(Sponsor's Signature)

11/8/79
_____
(Admission date)

29053
_____
(Attorney
Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Campbell Conroy & O'Neil
_____

1205 Westlakes Drive, Suite 330, Berwyn, PA 19312
_____

(610) 964-6388
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____7/18/22____
         (Date)

_Joseph E. O'Neil HH._
_____
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAWAINNA ANDERSON,                   :        Civil Action
                                     :
        v.                           :
                                     :
TIKTOK, INC., et al.                 :        No.: 2:22-cv-01849

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Albert Giang**,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

Robert J. Mongeluzzi, Jeffrey P. Goodman, Samuel B. Dordick, and Rayna McCarthy
SALTZ MONGELUZZI & BENDESKY P.C.
One Liberty Place,1650 Market Street, 52nd Floor
Philadelphia, Pennsylvania 19103
rmongeluzzi@smbb.com
jgoodman@smbb.com

_____
(Signature of Attorney)

Joseph E. O'Neil
_____
(Name of Attorney)

TikTok Inc. and ByteDance Inc.
_____
(Name of Moving Party)

07/18/2022
_____
(Date)