IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON,  :  <br>         Plaintiff,  : <br>                        : <br>    v.  : <br>                        : <br> TIKTOK, INC., *et al.*,  : <br>         Defendants.  : | Civ. No. 22-1849 |

### O R D E R

**AND NOW**, this 19th day of July, 2022, it is hereby **ORDERED** that:

1. Defendant's Application for Admission *Pro Hac Vice* of Geoffrey M. Drake, Esquire (Doc. No. 13) is **GRANTED**.

2. Defendant's Application for Admission *Pro Hac Vice* of Albert Giang, Esquire (Doc. No. 14) is **GRANTED**.

3. Defendant's Application for Admission *Pro Hac Vice* of TaCara D. Harris, Esquire (Doc. No. 15) is **GRANTED**.

                                                    **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                    Paul S. Diamond, J.