# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON,           : | |
|         Plaintiff,       : | |
|                           : | |
| v.                            : | Civ. No. 22-1849 |
|                           : | |
| TIKTOK, INC., *et al.*,       : | |
|         Defendants.     : | |

## O R D E R

**AND NOW**, this 4th day of August, 2022, upon consideration of Plaintiff's Letter Request for a Motion to Compel (Doc. No. 18), it is hereby **ORDERED** that Defendants shall provide full and complete responses to Defendant's Requests for Production **no later than September 2, 2022 at 5 p.m.**

**Failure to comply with this Order may result in the imposition of sanctions, including the striking of defenses.**

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
Paul S. Diamond, J.