# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAWAINNA ANDERSON,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 22-1849 |
| : | |
| **TIKTOK, INC.,** *et al.*, : | |
| **Defendants.** : | |

# O R D E R

**AND NOW**, this 8th day of August, 2022, upon consideration of Plaintiff's Letter Request for a Motion to Compel (Doc. No. 23), it is hereby **ORDERED** that Defendants shall provide full and complete responses to Plaintiff's Requests for Production **no later than September 12, 2022 at 5 p.m.**

**FAILURE TO COMPLY WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*
                                                _____
                                                Paul S. Diamond, J.