# Exhibit E

PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCT LIAIBILITY LITIGATION | MDL No. 3047 |

NOTICE OF RELATED ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor, plaintiffs in the case styled *Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor v. TikTok Inc., et al.,* E.D.P.A. No. 2:22-cv-1849 writes to notify the Panel of the related action listed in the attached schedule.

Docket Sheet and Complaint are attached.

Dated: September 6, 2022

Respectfully submitted,

*/s/ Jeffrey P. Goodman*
Jeffrey P. Goodman, Esq.
Saltz Mongeluzzi & Bendesky P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
Email: jgoodman@smbb.com