# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAWAINNA ANDERSON,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civ. No. 22-1849** |
| : | |
| **TIKTOK, INC.,** *et al.*, : | |
| **Defendants.** : | |

## O R D E R

**AND NOW**, this 12th day of September, 2022, upon consideration of Defendants' Letter Request to Stay Proceedings (Doc. No. 26), it is hereby **ORDERED** that Defendants' Request is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
───────────────────────
Paul S. Diamond, J.