# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor,<br><br>    *Plaintiff*,<br><br>vs.<br><br>TIKTOK INC. AND BYTEDANCE, INC.,<br><br>    *Defendants*. | Case No.: 2:22-cv-01849-PD |

## MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 3047

Defendants TikTok Inc. and ByteDance Inc. (collectively, "TikTok") respectfully move this Court to stay all proceedings in the above-captioned matter pending resolution of its transfer to *In re: Social Media Adolescent Addiction/Personal Injury Product Liability Litigation*, MDL No. 3047, the multidistrict litigation ("MDL") proceeding established on October 6, 2022 by the Judicial Panel on Multidistrict Litigation ("JPML" or "the Panel") in the United States District Court for the Northern District of California.

The bases for TikTok's Motion are set forth in detail in the attached Memorandum of Law, which is incorporated herein by reference along with the

Transfer Order in the JPML, which is attached as Exhibit A to the Motion.

Dated: October 7, 2022

Respectfully submitted,

*/s/ Joseph E. O'Neil*
Joseph E. O'Neil
Katherine A. Wang
**CAMPBELL CONROY & O'NEIL, P.C.**
1205 Westlakes Dr., Suite 330
Berwyn, PA 19312
Telephone: (610) 964-1900
Facsimile: (610) 964-1981
JONeil@CampbellTrialLawyers.com
kwang@campbell-trial-lawyers.com

Geoffrey M. Drake (*Pro Hac Vice*)
TaCara D. Harris (*Pro Hac Vice*)
**KING & SPALDING LLP**
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-2830
Facsimile: (404) 572-5100
gdrake@kslaw.com
tharris@kslaw.com

Albert Giang (*Pro Hac Vice*)
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile:  (213) 443-4310
agiang@kslaw.com

*Counsel for TikTok Inc. and ByteDance Inc.*