UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor,<br><br>*Plaintiff*,<br><br>vs.<br><br>TIKTOK INC. AND BYTEDANCE, INC.,<br><br>*Defendants*. | Case No.: 2:22-cv-01849-PD |

## ORDER

**AND NOW**, this ____ day of _____, 2022, upon consideration of Defendants TikTok Inc.'s and ByteDance Inc.'s Motion to Stay Proceedings Pending Transfer to MDL No. 3047, and any responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

By the Court:

_____
The Hon. Paul S. Diamond, U.S.D.J.