## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAWAINNA ANDERSON,** **Individually and as Administratrix** **of the ESTATE OF NYLAH** **ANDERSON, a deceased minor** | |
| *Plaintiff,* | **No. 2:22-cv-01849-PD** |
| **v.** | |
| **TIKTOK, INC. AND** **BYTEDANCE, INC.** | |
| *Defendants*. | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor ("Plaintiff") respectfully moves for leave to amend her Complaint. The purpose of the amendment is to remove dicta that is inconsequential to Plaintiff's claims against Defendants TikTok, Inc. and ByteDance, Inc. ("TikTok") and to make clear that Plaintiff's claims against TikTok are not premised upon addiction. The Amended Complaint Plaintiff now seeks to file adds no new claims or factual allegations and only clarifies the narrow scope of Plaintiff's claims. Plaintiff's proposed Amended Complaint is attached hereto as **Exhibit A**, and a redlined copy clearly identifying the amendments is attached hereto as **Exhibit B**.

For the reasons set forth in detail in the attached Memorandum of Law, which is incorporated herein by reference, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached Amended Complaint.

Dated: October 17, 2022                    Respectfully submitted,

                                           */s/ Jeffrey P. Goodman*
                                           Robert J. Mongeluzzi
                                           Jeffrey P. Goodman
                                           Samuel B. Dordick
                                           Rayna McCarthy
                                           **SALTZ MONGELUZZI**
                                           **& BENDESKY P.C.**
                                           One Liberty Place
                                           1650 Market Street, 52nd Floor
                                           Philadelphia, Pennsylvania 19103
                                           Tel: (215) 496-8282
                                           rmongeluzzi@smbb.com
                                           jgoodman@smbb.com
                                           sdordick@smbb.com
                                           rmccarthy@smbb.com

                                           Mark A. DiCello
                                           **DiCELLO LEVITT GUTZLER LLC**
                                           7556 Mentor Avenue
                                           Western Reserve
                                           Law Building
                                           Mentor, OH 44060
                                           Tel: (440) 953-8888
                                           madicello@dicellolevitt.com

                                           ***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey P. Goodman*