## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAWAINNA ANDERSON,** **Individually and as Administratrix** **of the ESTATE OF NYLAH** **ANDERSON, a deceased minor** | |
| *Plaintiff,* **v.** | **No. 2:22-cv-01849-PD** |
| **TIKTOK, INC. AND** **BYTEDANCE, INC.** | |
| *Defendants.* | |

## ORDER

**AND NOW**, this _____day of _____, 2022, upon consideration of Plaintiff's Motion for Leave to Amend Complaint, and any responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

By the Court:

_____

The Hon. Paul S. Diamond, U.S.D.J.