# EXHIBIT "B"

## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCT LIABILITY LITIGATION | MDL No. 3047 |

*Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor v. TikTok, Inc. and ByteDance, Inc.*, E.D.P.A. Case No. 2:22-cv-01849

### PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-1)

Pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff, Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor, files her Notice of Opposition to Condition Transfer Order (CTO-1) for transfer of the above-captioned action as a "tag-along action."

Dated: October 18, 2022

/s/ Jeffrey P. Goodman
Jeffrey P. Goodman, Esq.
Saltz Mongeluzzi & Bendesky P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
Email: jgoodman@smbb.com

# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCT LIABILITY LITIGATION | MDL No. 3047 |

## PROOF OF SERVICE

I hereby certify that the following document was filed by the Court's CM/ECF system and was served via electronic mail on the below-listed counsel for TikTok, Inc. and ByteDance, Inc. in the underlying action *Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor v. TikTok, Inc. and ByteDance, Inc.*, E.D.P.A. Case No. 2:22-cv-01849

### Notice of Opposition to Conditional Transfer Order (CTO-1)

Joseph E. O'Neil
Katherine A. Wang
CAMPBELL CONROY & O'NEIL, PC
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
Telephone: (610) 964-1900
Facsimile: (610) 964-1981
JONeil@CampbellTrialLawyers.com

Albert Giang (Pro Hac Vice)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310
agiang@kslaw.com

Geoffrey M. Drake (Pro Hac Vice)
TaCara D. Harris (Pro Hac Vice)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Facsimile: (404) 572-5100
gdrake@kslaw.com
tharris@kslaw.com
*Counsel for TikTok Inc. and ByteDance Inc.*

Dated: October 18, 2022             */s/ Jeffrey P. Goodman*

                                            Jeffrey P. Goodman, Esq.
                                            Saltz Mongeluzzi & Bendesky P.C.
                                            1650 Market Street, 52nd Floor
                                            Philadelphia, PA 19103
                                            Tel: (215) 496-8282
                                            Fax: (215) 496-0999
                                            Email: jgoodman@smbb.com