# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor,<br><br>*Plaintiff,*<br><br>vs.<br><br>TIKTOK INC. AND BYTEDANCE, INC.,<br><br>*Defendants.* | Case No.: 2:22-cv-01849-PD |

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Defendants TikTok Inc. and ByteDance Inc. (collectively, "TikTok") hereby submit the following response in opposition to Plaintiff's Motion for Leave to Amend Complaint (ECF No. 33).  The Court should stay this case, including any consideration of Plaintiff's proposed amendment, until the Judicial Panel on Multidistrict Litigation resolves the conditional transfer of this action to the recently created multidistrict litigation, *In re: Social Media Adolescent Addiction/Personal Injury Product Liability Litigation*, MDL No. 3047.  Alternatively, if the Court decides Plaintiff's motion on the merits, it should deny Plaintiff's proposed amendment as a bad faith, dilatory tactic to avoid transfer to the MDL.

The bases for TikTok's Response are set forth in detail in the attached Memorandum of Law, which is incorporated herein by reference along with the attached exhibits.

Dated: October 19, 2022

Respectfully submitted,

*/s/ Joseph E. O'Neil*
Joseph E. O'Neil
Katherine A. Wang
**CAMPBELL CONROY & O'NEIL, P.C.**
1205 Westlakes Dr., Suite 330
Berwyn, PA 19312
Telephone: (610) 964-1900
Facsimile: (610) 964-1981
JONeil@CampbellTrialLawyers.com
kwang@campbell-trial-lawyers.com

Geoffrey M. Drake (*Pro Hac Vice*)
TaCara D. Harris (*Pro Hac Vice*)
**KING & SPALDING LLP**
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-2830
Facsimile: (404) 572-5100
gdrake@kslaw.com
tharris@kslaw.com

Albert Giang (*Pro Hac Vice*)
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile:  (213) 443-4310
agiang@kslaw.com

*Counsel for TikTok Inc. and ByteDance Inc.*