# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor,<br><br>      *Plaintiff*,<br><br>vs.<br><br>TIKTOK INC. AND BYTEDANCE, INC.,<br><br>      *Defendants*. | Case No.: 2:22-cv-01849-PD |

## ORDER

**AND NOW**, this ____ day of _____, 2022, upon consideration of Plaintiff's Motion for Leave to Amend Complaint (ECF No. 33), and any responses thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

By the Court:

_____
The Hon. Paul S. Diamond, U.S.D.J.