# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAWAINNA ANDERSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 22-1849 |
| | : | |
| **TIKTOK, INC.,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

Defendants' Motion to Stay (Doc. No. 32) is **DENIED** as moot.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____

Paul S. Diamond, J.