# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAWAINNA ANDERSON,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 22-1849 |
| : | |
| **TIKTOK, INC.,** *et al.*, : | |
| **Defendants.** : | |

## O R D E R

**AND NOW**, this 19th day of November, 2025, upon consideration of Defendants' Motion to Stay Proceedings Pending Disposition of Petition for Certiorari (Doc. No. 48), and all related submissions, it is hereby **ORDERED** that Defendants' Motion is **GRANTED in part**. This matter is **STAYED** until January 21, 2025.

                  **AND IT IS SO ORDERED.**

                  */s/ Paul S. Diamond*
                  Paul S. Diamond, J.