**CAMPBELL CONROY & O'NEIL**
PROFESSIONAL CORPORATION



| | | |
|---|---|---|
| 1205 WESTLAKES DRIVE<br>SUITE 330<br>BERWYN, PA 19312<br>TEL: (610) 964-1900<br>FAX: (610) 964-1981 | 100 N. 18TH STREET<br>SUITE 300<br>PHILADELPHIA, PA 19103<br>TEL: (215) 564-0160<br>FAX: (610) 964-1981 | **JOSEPH E. O'NEIL**<br>**(610) 964-6388**<br>joneil@campbelltriallawyers.com |

*Please direct all correspondence and deliveries to the Berwyn, PA office.*

February 5, 2025

<u>*Via PDF E-mail*</u>
Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov

The Honorable Paul S. Diamond
U.S. DISTRICT COURT FOR THE
 EASTERN DISTRICT OF PENNSYLVANIA
U.S. Courthouse
601 Market Street, Room 14614
Courtroom 14-A
Philadelphia, PA 19106

**Re:   <u>Tawainna Anderson, et al. v. TikTok, Inc., et al</u>.**
         **U.S.D.C., Eastern District of PA, Docket No. 2:22-cv-01849-PD**

Dear Judge Diamond:

   I write on behalf of Defendants TikTok Inc. and ByteDance Inc. (collectively, "TikTok") regarding the stay of this Court's proceedings that is set to expire on February 20, 2025. Dkt.56. As TikTok explained in its Motion to Extend the Stay of Proceedings Pending Disposition of Petition for Certiorari, TikTok had requested this stay to consider whether to seek Supreme Court review of the Third Circuit's decision in this case. Dkt.53. TikTok has since decided not to file a petition for certiorari and seek Supreme Court review.

   TikTok intends to file a notice later today with the Judicial Panel on Multidistrict Litigation identifying this action as a potential tag-along transferable under 28 U.S.C. § 1407 to *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047.

                                        Respectfully submitted,

                                        **CAMPBELL CONROY & O'NEIL, P.C.**

                                        */s/ Joseph E. O'Neil*

                                        Joseph E. O'Neil, Esquire

cc:   All Counsel of Record via e-mail